UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>   Christine McCloskey<br><br><br>         Debtor | Chapter 13<br><br>Bankruptcy No. 21-12278-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED with prejudice and the Debtor is hereby barred from filing future bankruptcy cases for a period of 180 days from the date of this order, either individually or jointly, without first seeking court approval.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 10, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE